FORM B1

| United States Bankruptcy Court | VOLUNTARY |
|---|---|
| CENTRAL District of CALIFORNIA | PETITION |

| Name of Debtor (If Individual, enter Last, First, Middle)<br>Sage, Robert | Name of Joint Debtor (Spouse) (Last, First, Middle)<br>Sage, Jeanette |
|---|---|
| All Other Names used by the debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>dba Wheelsmith | All Other Names used by the joint debtor in the last 6 years<br>(Include married, maiden, and trade names) |
| Soc. Sec./Tax I.D. No. (If more than one, state all)<br>S.S.# 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 | Soc. Sec./Tax I.D. No. (If more than one, state all)<br>S.S.# 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 |
| Street Address of Debtor (No. and street, city, state, and zip code)<br>8311 Hurstwell Drive<br>Huntington Beach CA 92646 | Street Address of Joint Debtor (No. and street, city, state, and zip code)<br>8311 Hurstwell Drive<br>Huntington Beach CA 92646 |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business:<br>Orange |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address) |
| Location of Principal Assets of Business Debtor<br>(If different from street address above) | Venue: (Check any applicable box)<br>[X] Debtor has been domiciled or has had a residence, principal place business, or principal assets in this District for 180 days immediately preceeding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

### Information Regarding the Debtor (Check the Applicable Boxes)

| Type of Debtor (Check any applicable box) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| [X] Individual(s)   [ ] Railroad<br>[ ] Corporation   [ ] Stockbroker<br>[ ] Partnership   [ ] Commodity Broker<br>[ ] Other _____ | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign processing |
| Nature of Debts (Check one box)<br>[X] Consumer / Nonbusiness   [ ] Business | Filing Fee (Check one box)<br>[X] Filing fee is attached |
| Small Business (Chapter 11 only)<br>[ ] Debtor is a small business as defined in 11 U.S.C. Sec. 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. Sec. 1121(e) (Optional) | [ ] Filing fee is to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |

### Statistical / Administrative Information (Estimates Only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets (Check one box)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities (Check one box)**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY

```
05/21/99     **FILED**      13:45
             SA99-15222JB
DEBTOR: SAGE, ROBERT
JUDGE: HON. J. BARR - 408
TRUSTEE: NAYK    CH: 07  (COMPLETE)
341A Mtg:  06/22/99  12:00 SA3
600 W. Santa Ana Blvd. #530

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.  Id: 209
RECEIPT NO: SA-008307   $ 175.00
```

| Voluntary Petition | FORM B1, Page 2 |
|---|---|
| (This page must be completed and filed in every case) | Name of Debtor(s): Sage, Robert and Sage, Jeanette |

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)**

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)**

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |
| Relationship | District | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Sage, Robert
Signature of Debtor

X /s/ Sage, Jeanette
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date: 5/20/99

### Signature of Attorney

X /s/ _____ 5/20/99
Signature of Attorney for Debtor(s)

Donald Segretti
Printed Name of Attorney for Debtor(s)      39856

Donald Segretti
Firm Name

650 Town Center Drive, 6th Floor
Address

Costa Mesa CA 92626-1925

(714)424-3079
Telephone Number

Date: 5/20/99

### EXHIBIT "A"

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT "B"

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____ Date
Signature of Attorney for Debtor(s)
Donald Segretti

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct and that the I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attached additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. Sec. 110; 18 U.S.C. Sec. 156.